UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KAROLINA SORENSSON )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>DOLLAR GENERAL CORPORATION )<br>        Defendant. ) | **JUDGMENT**<br>No. 4:23-CV-11-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 20, 2024, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED.

**This judgment Filed and Entered on August 20, 2024, and Copies To:**
Karolina Sorensson (via US mail) 511 N. Queen Street, Apt #6-G, Kinston Towers, NC 28501
Roy F. Hill, III (via CM/ECF Notice of Electronic Filing)

August 20, 2024                       PETER A. MOORE, JR., CLERK

                                                /s/Sandra K. Collins
                                          (By)Sandra K. Collins, Deputy Clerk